

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Ruben Lee Allen v. The State of Texas

Appellate case number:     01-16-00768-CR

Trial court case number:   1487627

Trial court:               337th District Court

A panel of this court issued an opinion on November 28, 2017. Thereafter, the State moved for en banc reconsideration. We withdraw the panel opinion while the matter is under reconsideration.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☐ Acting individually    ☑ Acting for the Court

Date: June 12, 2018